MORGAN, LEWIS & BOCKIUS LLP
ANNE M. BRAFFORD, SBN 237574
abrafford@morganlewis.com
MICHELLE A. GRIFFITH-JONES, SBN 259914
mgriffithjones@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION and
GUIDANT SALES CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE POLIZOS, an individual, <br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, GUIDANT SALES CORPORATION, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. SACV09-1353 JVS (RNBx)<br><br>**JUDGMENT**<br><br>Complaint Filed: October 13, 2009<br>Trial Date: June 28, 2011 |

DB2/22449235.1

1

[PROPOSED] JUDGMENT

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

# **JUDGMENT**

Defendants' Motion for Summary Judgment or, in the alternative, Motion for Partial Summary Judgment, came on regularly for hearing before this Court on May 9, 2011. After considering the Motion and all written and oral argument and evidence presented in support of and in opposition thereto, the Court granted Defendants' Motion in its entirety.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is entered in favor of Defendants Boston Scientific Corporation and Guidant Sales Corporation, and against Plaintiff.

**IT IS SO ORDERED.**

Date: May 24, 2011

_____
Hon. James V. Selna
District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE